UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 07-cr-00338-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS BADER,

        Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant 18 U.S.C. § 371, 18 U.S.C. § 1341, 21 U.S.C. § 333, 18 U.S.C. § 545, and 21 U.S.C. § 846, as set forth in the Second Superseding Indictment returned on September 9, 2008;

THAT an Amended Preliminary Order of Forfeiture was entered on October 17, 2012, by virtue of the Amended Preliminary Order of Forfeiture, Thomas Bader's interest in the below described properties was forfeited;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n). Specifically, on November 16, 2012, the Government sent, via certified and First Class Mail, to Sunshine Real Estate, LLC, c/o Barbara Maffei, Registered Agent at 3225 Templeton Gap Road, Suite 105, Colorado Springs, Colorado 80907. The Notice sent via Certified Mail was received on November 26, 2012, and the Notice sent via First Class Mail was not returned. On November 16, 2012, the Government sent, via certified and First

Class Mail to Carolina Escape, LLC, c/o Melanie Gentile, Registered Agent, at 4217 South New Hope Road, Gastonia, North Carolina 28056-8453. The Notice sent via Certified Mail was unable to be delivered; however, the Notice sent via First Class mail was not returned as undeliverable. On November 16, 2012, the Government sent, via certified and First Class Mail to Parkway Associates, LLC, c/o R.M. Campbell, Registered Agent at 3225 Templeton Gap Road, Suite 105, Colorado Springs, Colorado 80907. The Notice sent via Certified Mail was received on November 26, 2012, and the Notice sent via First Class Mail was not returned. On November 16, 2012, the Government sent, via certified and First Class Mail to Cheryl Bader at 2690 White Rock Lane, Colorado Springs, Colorado 80904. The Notice sent via Certified Mail was received on November 20, 2012, and the Notice sent via First Class Mail was not returned. In addition, the United States properly published notice of the forfeiture via an official government internet website for thirty consecutive days, from July 7, 2010 to August 5, 2010, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C);

THAT no Petitions for Ancillary Hearing have been filed;

THAT the United States and all lienholders of record have entered into Settlement Agreements resolving all issues with regards to their claims against the subject property. The terms of the Settlement Agreements provide that upon entry of a Final Order of Forfeiture, and solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government expenses, the United States will pay the lienholders the agreed upon amounts;

THAT all other third party interests, including Sunshine Real Estate LLC, Carolina Escape LLC, Parkway Associates LLC, and Cheryl Bader, with the exception of the settled lienholders claims, are extinguished in the below described properties by their failure to file a timely petition;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a) and (p), 18 U.S.C. § 981(a)(1)(C), 28 U.S. C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedures.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following described property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a) and (p), 18 U.S.C. § 981(a)(1)(C), 28 U.S. C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedures, free from the claims of any other party;

a.  3505 Austin Bluffs Parkway, Colorado Springs, Colorado more fully described as:

All of Lot 1 and a portion of Lot 2 in Block 2 SHOPPERS WORLDSUBDIVISION NO. 1 IN THE CITY OF COLORADO SPRINGS, ElPaso County, Colorado, as recorded in Plat Book U-2 at Page 19 in the records of said County and more particularly described as follows: Beginning at the most Northeasterly corner of said Lot 1, Block 2 in Shoppers World Subdivision No. 1; thence (1) South 88 degrees 10 minutes West on the Northerly line of said Lot 1, and Lot 2, Block 2 of Shoppers World Subdivision No. 1, 508.00 feet; (2) South 1 degree 50 minutes 00 seconds East, 276.75 feet; (3) North 89 degrees 54 minutes 00 seconds East on the Southerly line of said Lots 1 and 2, Block 2 in Shoppers World Subdivision No. 1, 508.23 feet; (4) North 1 degree 50 minutes 00 seconds West on the Easterly line of said Lot 1, Block 2 in Shoppers World Subdivision No. 1, 292.12 feet to the point of beginning, County of El Paso, State of Colorado.

b.  40 Sandra Lane, Colorado Springs, Colorado, more fully described as: Lot 25, in Crystal Hills Estates Filing No. 3, El Paso County, Colorado, according to the plat thereof recorded in Plat Book H-3 at Page 46.

c.  302 West Cheyenne Road West, Colorado Springs, Colorado, more fully described as: The easterly half of the southerly 138 feet of lot 15, block 1, Fenmoor Subdivision, El Paso County, Colorado.

d.  2750 Silent Rain Drive, Colorado Springs, Colorado, more fully described as: Lot 1, Oak Valley Ranch Filing No. 4 in the City of Colorado Springs, El Paso County, Colorado.

e.  2710 Silent Rain Drive, Colorado Springs, Colorado, more fully described as: Lot 5, Oak Valley Ranch Filing No. 4 in the City of

Colorado Springs, El Paso County, Colorado.

f.      7340 Julynn Road, Colorado Springs, Colorado, more fully described as: Lot 32, Oak Valley Ranch Filing No. 4 in the City of Colorado Springs, El Paso County, Colorado.

g.      7360 Julynn Road, Colorado Springs, Colorado, more fully described as: Lot 34, Oak Valley Ranch Filing No. 4 in the City of Colorado Springs, El Paso County, Colorado.

h.      7380 Julynn Road, Colorado Springs, Colorado, more fully described as: Lot 36, Oak Valley Ranch Filing No. 4 in the City of Colorado Springs, El Paso County, Colorado.

i.      4485 Monitor Rock Lane, Colorado Springs, Colorado, more fully described as: Lot 18, in Cedar Heights Filing No. 3, in the City of Colorado Springs, El Paso County, Colorado, according to the plat thereof recorded in Plat Book 0-3 at Page 81.

j.      2023 North Wahsatch Avenue, Colorado Springs, Colorado, more fully described as: Lot 2, Block 1, Howells Addition 1, Colorado Springs, Colorado.

k.      4217 South New Hope Road, Gastonia, North Carolina, more fully described as: Beginning at a nail in the centerline of South New Hope Road (Highway No. 279) (60' right of way) at the point of Intersection of the southeasterly line of the property conveyed to Barbara L. Murphy in Book 4051 at Page 1326 with said centerline, and proceeding thence with Murphy=s line two (2) courses and distances as follows: (i) North 38-57-01 East 49.63 feet to an iron, and (ii) North 39-00-40 East 141.36 feet to an iron, a common corner with the property of Nettie Pope (see Book 776, Page 216); thence with Pope's line South 55-31-38 (passing an iron at the northerly most corner of a 15' easement referred to in Book 2801 at Page 826 after 157.35 feet) a total distance of 172.38 feet to an iron in the northwesterly line of the property conveyed to Susan M. Smith in Book 1478 at Page 828 (also being the easterlymost corner of the aforesaid 15' easement); thence with Smith's line (and the southeasterly line of the aforesaid 15' easement) South 37-59-00 West 182.14 feet to an iron near the northeasterly margin of the right of way of South New Hope Road (60' right of way) (also being the southerlymost corner of said 15' easement); thence North 59-44-00 West (passing an iron at the westerlymost corner of said 15' easement after 15.12 feet) a total distance of 51.15 feet to a nail within the right of way of South New Hope Road; thence South 38-26-00 West 20.35 feet to a nail in the centerline of South New Hope Road; and thence with the centerline of South New Hope Road North 48-24-42 West 124.83 feet to the BEGINNING; all as shown on that certain survey for

College Pharmacy, dated April 20, 2005, and prepared by Forest
H. Houser, Professional Land Surveyor.

Being also the same property conveyed to Joseph J. Haburjak,
Trustee of the Joseph J. Huburjak Revocable Trust U/A/D
February 27, 1998, by deed recorded in Book 2801 at Page 826;
and conveyed to Joseph J. Haburjak, Trustee, to the Grantor by
deed recorded prior to this deed.

THAT the United States shall have full and legal title to the forfeited property and

may dispose of it in accordance with law.

DATED this 9th day of April, 2013.

BY THE COURT:

Marcia S. Krieger
Chief United States District Judge